UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00473-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ALVARO MADRIZ-CASTILLO, a/k/a Ramon Sandoval-Vidal a/k/a Javier
Conzales-Madrino, a/k/a Ramon Castillo,

      Defendant.

---

## ORDER

---

      This matter is before the Court upon a review of the file.  To ensure that all

pretrial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Thursday, April 22, 2010,**

and responses to these motions shall be filed by **Monday, May 3 , 2010.**  It is

      FURTHER ORDERED that a 2-day jury trial is set to commence on **Monday,**

**May 17, 2009, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

      ORDERED that the parties shall promptly notify the Court if a hearing and/or final

trial preparation conference needs to be set.

      Dated this 15th day of March, 2010.

                         BY THE COURT:

                         s/ Wiley Y. Daniel
                         Wiley Y. Daniel
                         Chief United States District Judge