UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00473-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALVARO MADRIZ-CASTILLO, a/k/a Ramon Sandoval-Vidal a/k/a Javier Conzales-Madrino, a/k/a Ramon Castillo,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter on April 26, 2010. Accordingly the two-day jury trial set to commence on Monday, May 17, 2010, at 9:00 a.m. is **VACATED.** A Change of Plea Hearing is **SET** for **Monday, June 21, 2010, at 10:00 a.m.** in Courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: April 26, 2010.