UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00473-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALVARO MADRIZ-CASTILLO, a/k/a Ramon Sandoval-Vidal a/k/a Javier Conzales-Madrino, a/k/a Ramon Castillo,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Change of Plea Hearing is set in the above-captioned case for **Thursday, September 9, 2010 at 11:00 a.m.**

    Dated: August 27, 2010.